IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:  Juanita Leilani Jordan ) Chapter: 13
) Bankruptcy No: 10-81154
) Account No: xxxx7614
) **REQUEST FOR NOTICE**

    Comes now the United States of America, acting through Rural Development, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Development, at the following address:

    United States Department of Agriculture
Centralized Servicing Center
PO Box 66879
St. Louis, MO  63166


UNITED STATES OF AMERICA
United States Department of Agriculture
Rural Development

Date:  08/03/10

Deborah M. Mitchell
Bankruptcy Processor
Centralized Servicing Center - USDA
1-800-349-5097 ext. 5386